## Pardue v. Commonwealth.

(Decided June 8, 1928.)

### Appeal from Allen Circuit Court.

1. Criminal Law.—Court of Appeals must dismiss appeal where there is no judgment in record brought to court.

Bd. Councilmen City of Frankfort v. Jillson.    61

2.  Criminal Law.—Defendant was entitled to have judgment entered in lower court in accordance with verdict of jury, which was in record, so that defendant could appeal from judgment.

A. J. OLIVER for appellant.

J. W. CAMMACK, Attorney General, and SAMUEL B. KIRBY, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Dismissing appeal.

The commonwealth has moved this court to dismiss this appeal because of the fact that there is no judgment in the record brought to this court.  In this the commonwealth is correct and its motion will have to be sustained. If there is no judgment of record in the lower court, the appellant is entitled to have a judgment entered there in accordance with the verdict of the jury which is in the record.  The appellant may then appeal from the judgment so entered.  See Neace v. Commonwealth, 165 Ky. 739, 178 S. W. 1062; Commonwealth v. Wilson, 215 Ky. 743, 286 S. W. 1065.

This appeal is dismissed.